**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| F.A. REALTY INVESTORS CORP. | : | No. 404 EAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| BOARD OF REVISION OF TAXES | : | |
| | : | |
| | : | |
| PETITION OF: STEVE A. FREMPONG | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.